UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK HANNA (#132872)** | |
| **VERSUS** | **CIVIL ACTION** |
| **JOHN BEL EDWARDS, ET AL.** | **NO. 21-537-JWD-RLB** |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 22, 2023 (Doc. 24), to which an objection was filed and considered (Doc. 27);

**IT IS ORDERED** that the Plaintiff's claims, with the exception of the plaintiff's claim pertaining to being housed on a suicide watch tier, are stricken.

**IT IS FURTHER ORDERED** that the Plaintiff is ordered to file an amended and superseding complaint, **within 30 days of the date of this Opinion**, limited to the single remaining claim, naming as Defendants only those persons alleged to have some form of involvement in the claim, and stating what actions or inactions on the part of each named Defendant caused the alleged violation(s).

**IT IS FURTHER ORDERED** that the Plaintiff's Amended Complaint and Second Amended Complaint (Docs. 2 and 4) are stricken.

**IT IS FURTHER ORDERED** that the Plaintiff's pending Motion to Amend (Doc. 21), seeking to add additional unrelated and unexhausted claims, is denied, and that this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on July 14, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**