**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MARK HANNA (#132872)**

**VERSUS**

**JOHN BEL EDWARDS, ET AL.**

**CIVIL ACTION**

**NO. 21-537-JWD-RLB**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 1, 2024 (Doc. 32), to which an objection was filed and considered (Doc. 33);

**IT IS ORDERED** that this action is dismissed, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41, for failure to comply with this Court's order and to prosecute this action.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 29, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**